United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MICKIANGELO BERRY III,<br><br>           Plaintiff,<br><br>  v.<br><br>MICHAEL S. EVANS, Warden,<br><br>           Defendants.<br>_____ | No. C 06-3795 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PROOF OF SERVICE** |

On June 16, 2006, plaintiff, a California prisoner currently incarcerated at Salinas Valley State Prison ("SVSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against Warden M.S. Evans, Chief Dental Officer John Adamo, Health Care Manager Charles D. Lee, Medical Doctor Andrew Wong, Medical Technical Attendant A. Johnson, and Medical Technical Attendant J. Armstrong, all SVSP officials. On December 11, 2006, the Court ordered plaintiff to provide the Court with proof that defendants had been properly served with the summons and complaint in accordance with the Federal Rules of Civil Procedure, or otherwise show cause why the complaint should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. On December 22, 2006, plaintiff filed a response, in which he states he did not know defendants had to be served with a summons as well as a complaint and requests a 30-day extension of time in which to properly serve the defendants with the summons and complaint. Good cause appearing, and in light of plaintiff's pro se and incarcerated status, plaintiff's request is GRANTED.

Accordingly, on or before **February 12, 2007**, plaintiff shall provide the Court with proof that defendants have been properly served with the summons and complaint in accordance with the Federal Rules of Civil Procedure.  <u>Failure to do so will result in the dismissal of this case without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.</u>

IT IS SO ORDERED.

DATED: January 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge