IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MICKIANGELO BERRY, III, ) | No. C 06-3795 MMC (PR) |
| Plaintiff, ) | **ORDER DENYING PLAINTIFF'S MOTIONS TO SET PRETRIAL CONFERENCE AND FOR PRELIMINARY INJUNCTION** |
| v. ) | |
| MICHAEL S. EVANS, Warden, ) | **(Docket Nos. 40 & 42)** |
| Defendants. ) | |
| _____ ) | |

On June 16, 2006, plaintiff, a California prisoner incarcerated at Salinas Valley State Prison ("SVSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983, claiming deliberate indifference to his serious medical needs by SVSP prison officials in 2005. On August 24, 2007, defendants filed a motion for summary judgment; plaintiff has filed opposition to said motion and defendants have filed a reply. Additionally, plaintiff has filed a cross-motion for summary judgment, which defendants have opposed.

On June 19, 2008, plaintiff filed a motion asking the Court to set a pretrial conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Plaintiff's motion is hereby DENIED as premature because the Court has not ruled on the parties' dispositive motions. Said motions, which are now fully briefed and ready for decision, will be addressed by the Court in a separate order.

On July 9, 2008, plaintiff filed a motion for a preliminary injunction. In his motion, plaintiff complains that on May 23, 2008, defendant Evans placed plaintiff in administrative

segregation at SVSP based on allegations that plaintiff had been involved in a recent melee with Muslim inmates.  (Mot. at 4.)  Plaintiff claims the allegations against him are unsubstantiated and that as a result of his placement in administrative segregation, he is suffering from the unconstitutional curtailment of his First Amendment rights.  (Mot. at 6-7.)  Plaintiff seeks an order directing defendant Evans to release him from administrative segregation and return him to his former housing unit.

Plaintiff's motion for a preliminary injunction is hereby DENIED.  The legality of plaintiff's placement in administrative segregation is not at issue in the instant action, and the alleged violation of plaintiff's First Amendment rights has no bearing on plaintiff's claim that he was denied adequate medical care by defendants in 2005.  Further, plaintiff has not alleged facts showing that his ability to litigate the instant action has been adversely affected because of his current placement; rather, as noted, the parties' dispositive motions in this matter have been fully briefed and are ready for decision.

This order terminates Docket Nos. 40 and 42.

IT IS SO ORDERED.

DATED:  July 14, 2008

MAXINE M. CHESNEY
United States District Judge

2