IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MICKIANGELO BERRY, III, | No. C 06-3795 MMC (PR) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL S. EVANS, Warden, et al., | |
| Defendants. | |

Defendants' request for an extended referral to the Pro Se Mediation Program is **GRANTED**.

The settlement proceedings shall take place within sixty days of January 1, 2010 or as soon as Magistrate Vadas' calendar will permit.

**IT IS SO ORDERED.**

DATED: December 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge