IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WAYMON MICKIANGELO BERRY, III,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL S. EVANS, Warden, SALINAS VALLEY STATE PRISON; JOHN ADAMO, Chief Dental Officer, SALINAS VALLEY STATE PRISON; CHARLES D. LEE, Health Care Manager, SALINAS VALLEY STATE PRISON; ANDREW WONG, Medical Doctor, SALINAS VALLEY STATE PRISON; A. JOHNSON, Medical Technical Attendant, SALINAS VALLEY STATE PRISON; J. ARMSTRONG, Medical Technical Attendant, SALINAS VALLEY STATE PRISON; And, DOES 1 through 20, In their Official and Individual Capacities,<br><br>　　　　　　　　　　　Defendants. | CASE NO. C 06-3795-MMC (PR)<br><br>ORDER FOR HABEAS CORPUS AD TESTIFICANDUM |

**TO THE DEPARTMENT OF CORRECTIONS AND REHABILITATION:**

You are to produce inmate Wayman Berry, Inmate No. C-22935, who is currently incarcerated at the California Substance Abuse Treatment Facility at Corcoran, California, for a settlement conference at the California State Prison at Solano for Tuesday, February 2 at 9:00

1

a.m.  You are to produce him at the California State Prison at Solano, 2100 Peabody Road, Vacaville, CA  95696 pursuant to this Order for Habeas Corpus Ad Testificandum.

IT IS SO ORDERED:

DATED: January 14, 2010

IT IS SO ORDERED
Judge Nandor J. Vadas