EDMUND G. BROWN JR.
Attorney General of California
KAY K. YU
Deputy Attorney General
State Bar No. 142479
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5593
 Fax: (415) 703-5480
*Attorneys for Defendants Michael Evans,
John Adamo and J. Armstrong*

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMON MICKIANGELO BERRY, III,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. EVANS, Warden, SALINAS VALLEY STATE PRISON, et al.<br><br>Defendants. | C 06-3795-MMC (PR)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that the parties have agreed to a settlement of this case and that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the above-captioned action without prejudice

Dated: 2/2, 2010

Plaintiff William M. Berry III
Waymon

IT IS SO ORDERED

Dated: February 5, 2010

MAXINE CHESNEY
United States District Judge

SF2007401465

---

Req. for An Order to Extend the Referral For Court Ordered Pro Se Mediation Prog. (C 06-3795-MMC (PR))

1